# EXHIBIT A

## INDEX OF CLAIMS SUBJECT TO FIRST OMNIBUS OBJECTION

## Index of Claims Subject to First Omnibus Objection

| Name of Claimant | Claim No. | Exhibit | Objection Basis |
|---|---|---|---|
| A.P., a minor, by and through her parent and guardian, Amy Sok | 1559 | A | Duplicative Claims |
| A.P., a minor, by and through her parent and guardian, Amy Sok | 1560 | A | Duplicative Claims |
| A.P., a minor, by and through her parent and guardian, Amy Sok | 1558 | A | Duplicative Claims |
| A.P., a minor, by and through her parent and guardian, Amy Sok | 1555 | A | Duplicative Claims |
| A.P., a minor, by and through her parent and guardian, Amy Sok | 1557 | A | Duplicative Claims |
| A.P., a minor, by and through her parent and guardian, Amy Sok | 1561 | A | Duplicative Claims |
| Airmasters | 373 | C | Amended and Superseded Claims |
| Alpha Trust Real Estate, LLC | 1680 | A | Duplicative Claims |
| Alpha Trust Real Estate, LLC | 1046 | C | Amended and Superseded Claims |
| American Refrigeration Supplies | 113 | A | Duplicative Claims |
| Boult, Chris | 716 | A | Duplicative Claims |
| Charles Schwab & Co. FBO James Boston | 591 | E | Unsecured Notes Claims |
| Cine, Annie | 593 | A | Duplicative Claims |
| City of Denton | 841 | A | Duplicative Claims |
| City of Sugar Land | 192 | A | Duplicative Claims |
| City Utilities of Springfield, Missouri | 332 | A | Duplicative Claims |
| Coastal Carbonic | 115 | C | Amended and Superseded Claims |
| Commonwealth Edison Company | 287 | C | Amended and Superseded Claims |
| Consolidated Edison Company of New York Inc. | 259 | C | Amended and Superseded Claims |
| Coolers Incorporated | 293 | C | Amended and Superseded Claims |
| Dentons US LLP | 1529 | B | Late Filed |
| Diversion Y Entretenimiento Vicotria, S.A. de C.V. | 1363 | B | Late Filed Claims |
| Domestic Linen Supply Co., Inc. | 1338 | B | Late Filed Claims |
| Donna L. and Bryan D. Schulze | 486 | E | Notes Claims |
| Duquesne Light Company | 1669 | B | Late Filed Claims |

| Name of Claimant | Claim No. | Exhibit | Objection Basis |
|---|---|---|---|
| Eagle, Matthew | 647 | A | Duplicative Claims |
| Energy North LLC | 1514 | B | Late Filed Claims |
| Fullerton Leasehold LLC | 1319 | C | Amended and Superseded Claims |
| Gilton Solid Waste | 1313 | B | Late Filed Claims |
| Gracely's Lawn Care | 804 | C | Amended and Superseded Claims |
| Huntington Oaks Associates | 183 | A | Duplicative Claims |
| Interstate AC Service | 533 | C | Amended and Superseded Claims |
| James F. Putman IRA Vanguard Fiduciary Trust Co. as Custodian Rollover Account | 495 | E | Notes Claims |
| Jon Don LLC | 583 | A | Duplicative Claims |
| KRG Shops at Moore LLC | 1136 | A | Duplicative Claims |
| Mason, Clifford and Delores | 585 | A | Duplicative Claims |
| Mason, Clifford and Delores | 584 | A | Duplicative Claims |
| Mastercard International Incorporated | 922 | A | Duplicative Claims |
| Michael J. Kaprat, a minor by Ano through his mother | 36 | A | Duplicative Claims |
| Noah Allen, an infant by his mother, Sherley Diejuste | 1289 | A | Duplicative Claims |
| Oak Valley Centre LLC | 1239 | C | Amended and Superseded Claims |
| Ogletree Deakins | 1408 | B | Late Filed Claims |
| Ohio Edison | 1381 | B | Late Filed Claims |
| Potomac Edison | 1380 | B | Late Filed Claims |
| Pure Pressure Power Washing | 1370 | B | Late Filed Claims |
| Reilly Wolfson PSP FBO Timothy D. Sheffey Mercer Trustee | 676 | E | Notes Claims |
| Reilly Wolfson PSP Fbo Timothy D. Sheffey, Mercer Trust Co., Trustee | 626 | E | Notes Claims |
| Reily Wolfson PSP FBO Timothy D. Shaffey Merger Trust Co. Trustee | 1037 | E | Notes Claims |
| Ricoh-USA, Inc. | 1039 | C | Amended and Superseded Claims |
| ROK Properties, LLC | 1581 | B | Late Filed Claims |
| Rosecrans Plaza Kiffmann, LLC | 594 | A | Duplicative Claims |

| Name of Claimant | Claim No. | Exhibit | Objection Basis |
|---|---|---|---|
| Russell Marketing Research Inc. | 131 | A | Duplicative Claims |
| Russell Marketing Research Inc. | 198 | A | Duplicative Claims |
| Sahara 3d LLC | 393 | A | Duplicative Claims |
| Sahara 3d LLC | 390 | C | Amended and Superseded Claims |
| Sahara 3d LLC | 1695 | C | Amended and Superseded Claims |
| Salt River Project/80062 | 1336 | B | Late Filed Claims |
| Samuels, Danielle R. | 1112 | A | Duplicative Claims |
| ServiceNow, Inc. | 1675 | B | Late Filed Claims |
| Smith, Shakona | 1337 | A | Duplicative Claims |
| Spall, Jill and Anna | 1407 | D | Equity Claims |
| Texas Gas Service | 1314 | B | Late Filed Claims |
| Texas Gas Service | 1362 | B | Late Filed Claims |
| Texas Gas Service | 1339 | B | Late Filed Claims |
| Texas Gas Service | 1310 | B | Late Filed Claims |
| Texas Gas Service | 1335 | B | Late Filed Claims |
| The Illuminating Company | 1382 | B | Late Filed Claims |
| The Illuminating Company | 1679 | B | Late Filed Claims |
| The McKenzie Trust | 687 | E | Notes Claims |
| Thomas Hoffmann Air Conditioning and Heating | 1355 | A | Duplicative Claims |
| Toledo Edison | 1383 | B | Late Filed Claims |
| W.W. Grainger, Inc. | 738 | A | Duplicative Claims |
| W.W. Grainger, Inc. | 739 | A | Duplicative Claims |
| W.W. Grainger, Inc. | 740 | A | Duplicative Claims |
| W.W. Grainger, Inc. | 741 | A | Duplicative Claims |
| W.W. Grainger, Inc. | 742 | A | Duplicative Claims |
| W.W. Grainger, Inc. | 743 | A | Duplicative Claims |
| W.W. Grainger, Inc. | 810 | A | Duplicative Claims |
| W.W. Grainger, Inc. | 815 | A | Duplicative Claims |

| Name of Claimant | Claim No. | Exhibit | Objection Basis |
|---|---|---|---|
| W.W. Grainger, Inc. | 818 | A | Duplicative Claims |
| W.W. Grainger, Inc. | 824 | A | Duplicative Claims |
| W.W. Grainger, Inc. | 826 | A | Duplicative Claims |
| W.W. Grainger, Inc. | 828 | A | Duplicative Claims |
| W.W. Grainger, Inc. | 848 | A | Duplicative Claims |
| W.W. Grainger, Inc. | 855 | A | Duplicative Claims |
| W.W. Grainger, Inc. | 857 | A | Duplicative Claims |
| W.W. Grainger, Inc. | 878 | A | Duplicative Claims |
| WT Stovall Holding Inc. dba J&T Refrigeration | 629 | A | Duplicative Claims |
| Zickefoose, Ashley | 1205 | D | Equity Claims |
| Zickefoose, Ashley | 1180 | D | Equity Claims |