IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| CEC ENTERTAINMENT, INC., *et al.*,[1] | ) ) ) | Case No. 20-33167 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF WITHDRAWAL

CBL & Associates Management, Inc. ("CBL"), managing agent to CBL-Friendly Center CMBS, LLC, a landlord from which the Debtors lease real property, by and through its undersigned counsel, hereby withdraws its *Limited Objection of CBL & Associates Management, Inc. to Debtors' Notice of Potential Assumption of Executory Contracts and Unexpired Leases and Cure Amounts* [Docket No. 993 in Case No. 33163] filed on September 30, 2020.

WHEREFORE, CBL withdraws its *Limited Objection of CBL & Associates Management, Inc. to Debtors' Notice of Potential Assumption of Executory Contracts and Unexpired Leases and Cure Amounts* filed at Document No. 993 and requests that the hearing on this Motion be removed from the court's hearing docket.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are BHC Acquisition Corporation (0947); CEC Entertainment Concepts, L.P. (3011); CEC Entertainment Holdings, LLC (9147); CEC Entertainment, Inc. (5805); CEC Entertainment International, LLC (8177); CEC Entertainment Leasing Company (4517); CEC Leaseholder, LLC (N/A); CEC Leaseholder #2, LLC (N/A); Hospitality Distribution Incorporated (5502); Peter Piper Holdings, Inc. (6453); Peter Piper, Inc. (3407); Peter Piper Texas, LLC (6904); Peter Piper Mexico, LLC (1883); Queso Holdings Inc. (1569); SHALL BE Hospitality Corporation (4736); SPT Distribution Company, Inc. (8656); and Texas PP Beverage, Inc. (6895). The Debtors' corporate headquarters and service address is 1707 Market Place Boulevard #200, Irving, TX 75063.

HB: 4836-5848-4707.2

Dated: April 2, 2021.                    Respectfully Submitted,

*/s/ Buffey E. Klein*
Buffey E. Klein
State Bar No. 24032515
Buffey.Klein@huschblackwell.com
HUSCH BLACKWELL LLP
1900 N Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 Facsimile

ATTORNEYS FOR CBL & ASSOCIATES
MANAGEMENT, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2021 a true and correct copy of the foregoing was served by CM/ECF to those participating in the Court's ECF notification system.

*/s/ Buffey E. Klein*
Buffey E. Klein