**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>CEC ENTERTAINMENT HOLDINGS, LLC,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-33167 (MI) |

**NOTICE OF WITHDRAWAL OF FIRST OMNIBUS**
**OBJECTION OF THE CEC ENTERTAINMENT GUC TRUST SOLELY AS**
**TO (I) PROOF OF CLAIM NUMBER 1669 FILED BY DUQUESNE LIGHT COMPANY**
**AND (II) PROOF OF CLAIM NUMBER 1675 FILED BY SERVICENOW, INC.**
**(Relates to Docket No. 93)**

**PLEASE TAKE NOTICE THAT** that on March 23, 2021, the CEC Entertainment GUC Trust (the "Trust") filed the *First Omnibus Objection of the CEC Entertainment GUC Trust to Certain (A) Duplicative Claims, (B) Late Filed Claims, (C) Amended and Superseded Claims, (D) Equity Claims, and (E) Notes Claims* [Docket No. 93] (the "First Omnibus Objection"), seeking to disallow as late filed, among other claims, (i) proof of claim number 1669 filed by Duquesne Light Company ("Claim No. 1669") and (ii) proof of claim number 1675 filed by ServiceNow, Inc. ("Claim No. 1675").

**PLEASE TAKE FURTHER NOTICE THAT** the Trust hereby withdraws the late-filed objection solely as it relates to Claim No. 1669 and Claim No. 1675. The Trust reserves all of its rights to further object to Claim No. 1675 on any other ground whatsoever.

---

[1] The chapter 11 cases of the following affiliates of the Reorganized Debtor were closed effective as of January 6, 2021: BHC Acquisition Corporation; CEC Entertainment Concepts, L.P.; CEC Entertainment, Inc.; CEC Entertainment International, LLC; CEC Entertainment Leasing Company; CEC Leaseholder, LLC; CEC Leaseholder #2, LLC; Hospitality Distribution Incorporated; Peter Piper Holdings, Inc.; Peter Piper, Inc.; Peter Piper Texas, LLC; Peter Piper Mexico, LLC; Queso Holdings Inc.; SB Hospitality Corporation; and SPT Distribution Company, Inc.; and Texas PP Beverage, Inc. *See* Case No. 20-33163, Docket No. 1541.

| | |
|---|---|
| Dated: May 4, 2021<br>Houston, Texas | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Todd A. Atkinson*<br>Matthew P. Ward (admitted *pro hac vice*)<br>Todd A. Atkinson (TX Bar 24121426)<br>811 Main Street, Suite 3130<br>Houston, Texas 77002<br>Telephone: (346) 998-7801<br>Facsimile: (346) 998-5901<br>Email:  matthew.ward@wbd-us.com<br>            todd.atkinson@wbd-us.com<br><br>and<br><br>**KELLEY DRYE & WARREN LLP**<br>Eric R. Wilson (admitted *pro hac vice*)<br>Jason R. Adams (admitted *pro hac vice*)<br>Lauren S. Schlussel (admitted *pro hac vice*)<br>3 World Trade Center<br>175 Greenwich Street<br>New York, New York 10007<br>Tel: (212) 808-7800<br>Fax: (212) 808-7897<br>Email:  ewilson@kelleydrye.com<br>            jadams@kelleydrye.com<br>            lschlussel@kelleydrye.com<br><br>*Counsel to the CEC Entertainment GUC Trust* |