United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 21, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 20-33167 |
| CEC ENTERTAINMENT HOLDINGS, LLC, | § § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## ORDER TO SUPPLEMENT

Not later than March 31, 2022, the Trustee must (and any other person may) file a brief setting forth whether the proposed ADR Procedures are allowed under the terms of the confirmed plan, the confirmation order, and the Trust agreement. The brief may not exceed 10 pages.

SIGNED 03/21/2022

_____
Marvin Isgur
United States Bankruptcy Judge